**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:25-cr-0064 |
| ) | |
| **ALEXIAS STEVENS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on February 11, 2026, ECF No. 40, recommending that the Defendant's plea of guilty to Count One of the Information, Possession with Intent to Distribute Marijuana, in violation of 21 U.S.C §841(a)(1), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 40, is **ADOPTED;** it is further

**ORDERED** that Defendant Alexias Stevens' plea of guilty as to Count One of the Information is **ACCEPTED**, and that Alexias Stevens is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than April 9, 2026;** it is further

*United States v. Stevens*
Case No. 3:25-cr-0064
Order
Page **2** of **2**

      **ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than April 23, 2026;** it is further

      **ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than May 14, 2026;** it is further

      **ORDERED** that the parties shall file their sentencing memoranda **no later than May 28, 2026**; and it is further

      **ORDERED** that a sentencing hearing shall be held on **June 12, 2026, at 10:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.

**Dated:** March 2, 2026                          */s/ Robert A. Molloy*
                                                              **ROBERT A. MOLLOY**
                                                              **Chief Judge**